```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

U-SAVE PHARMACY,               )
                               )
          Plaintiff,           )           8:05CV92
                               )
     v.                        )
                               )
ZENITH ADMINISTRATORS, INC.,   )           ORDER
and EMPLOYEE BENEFITS          )
SPECIALISTS, INC.,             )
                               )
          Defendants.          )
                               )
```

IT IS ORDERED:

Plaintiff's motion for time, filing 19, is granted and,

1. Plaintiff is given to April 28, 2005 to respond to the motion of defendant Employee Benefits Specialists for change of venue.

2. The deadline for filing the parties' Rule 26 planning conference report is extended to April 28, 2005.

DATED this 25th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge